THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kelly Richardson, Appellant.
 
 
 

Appeal From Darlington County
R. Knox McMahon, Circuit Court Judge
Unpublished Opinion No. 2009-UP-470
Submitted October 1, 2009  Filed October
 13, 2009   
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender for Capital Appeals Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Kelly Richardson appeals his conviction
 for assault and battery with the intent to kill.  On appeal, his counsel argues
 the trial court erred by denying his directed verdict motion. Additionally, Richardson
 filed a pro se brief.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED. 
HUFF,
 THOMAS, and PIEPER, JJ., concur.           

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.